UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Ying Lan Li, et al., | |
|---|---|
| - v - | 16 CIV 1100 (LAP) |
| Jeh Johnson, et al., | ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform Judge Preska by letter no later than October 9, 2020 of the status of the action/remaining claims/defendants. Failure to do so may result in the dismissal of the case, without prejudice, for failure to prosecute.

SO ORDERED.

_____
LORETTA A. PRESKA
Senior United States District Judge

Dated: September 29, 2020
      New York, New York