UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YING LAN LI, et al.,

                    Petitioners,

 -against-

JEH JOHNSON et al.,

                    Respondents.

16 Civ. 1100 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    In light of Petitioners' letter of October 13, 2020 (dkt. no. 24), this case is hereby dismissed without prejudice.

    The Clerk of Court shall mark this action closed and all pending motions denied as moot.

**SO ORDERED.**

Dated:    New York, New York
          March 31, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge